UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EMILE JOSEPH RICHARD** | **CASE NO. 6:25-CV-00957** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **13TH JUDICIAL DISTRICT ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 5] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the civil COMPLAINT [Doc. 1] is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B) and 1915A.

The Clerk is directed to send a copy of this JUDGMENT to the keeper of the three strikes list in the United States District Court for the Eastern District of Texas, Tyler Division.

THUS DONE AND SIGNED in chambers on this 14th day of October, 2025.

_David C. Joseph_
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE